■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RUSH, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about October 17, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Buckley, Catterson and Acosta, JJ.